# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADON SHIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FRANCO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01128-OWW-SMS PC<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, AND DIRECTING CLERK'S OFFICE TO CLOSE FILE<br><br>(Doc. 9) |

　　　Plaintiff Ladon Shiver ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On September 27, 2007, plaintiff filed a notice of voluntary dismissal.

　　　"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///
///
///

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to close the file in this case and
2  annotate the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 9.)

4  IT IS SO ORDERED.
5  **Dated:   October 2, 2007**             **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE